**HENRY v. SOUTHEASTERN OB-GYN ASSOCS., P.A.**

[354 N.C. 570 (2001)]

BRENDA HENRY AND FOSTER HENRY, INDIVIDUALLY, AND BRENDA HENRY, AS GUARDIAN AD LITEM FOR CRYSTAL HENRY v. SOUTHEASTERN OB-GYN ASSOCIATES, P.A., JAMES L. PRICE, M.D., AND LAIF LOFGREN, M.D.

No. 507A01

(Filed 18 December 2001)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 142 N.C. App. 561, 550 S.E.2d 245 (2001), affirming an order entered 20 September 1999 by Lanier, J., in Superior Court, New Hanover County. Heard in the Supreme Court 10 December 2001.

*The Law Offices of William S. Britt, by William S. Britt, for plaintiff-appellants.*

*Walker, Clark, Allen, Herrin & Morano L.L.P., by Robert D. Walker, Jr., and O. Drew Grice, Jr., for defendant-appellees.*

*Ferguson, Stein, Wallas, Adkins, Gresham & Sumter, P.A., by Adam Stein, on behalf of the North Carolina Academy of Trial Lawyers, amicus curiae.*

PER CURIAM.

AFFIRMED.